CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker,**<br><br>   Plaintiff,<br><br>   v.<br><br>**PQ Newport Beach Bakery, Inc.**, a Delaware Corporation; and Does 1-10,<br><br>   Defendants. | **Case No.** 8:19-cv-02288-CJC-JDE<br><br>**Plaintiff's Report Regarding Bankruptcy Case** |

Per the Court's Order [Dkt. 26], Plaintiff ascertained that Defendant's bankruptcy proceeding, 20-11266, filed in the District of Delaware, is ongoing.

Plaintiff will provide further update to the Court on June 26, 2021.

Dated: March 26, 2021                                  CENTER FOR DISABILITY ACCESS

                                                       By: /s/ Christopher A. Seabock
                                                       CHRISTOPHER A. SEABOCK
                                                       Attorneys for Plaintiff